STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM R. NOLAN, DEFENDANT-APPELLANT.

Argued February 21, 1967—Decided March 6, 1967.

*Mr. Vincent J. McMann, Jr.* argued the cause for appellant.

*Mr. Barry Evenchick* argued the cause for respondent (*Mr. Brendan T. Byrne,* attorney; *Messrs. James R. Zazzali* and *Joel Sondak,* of counsel).

PER CURIAM. This matter came to us as of right because of the dissent in the Appellate Division. We are satisfied with the judgment of the majority of the Appellate Division and it is accordingly affirmed.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.